# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 13-00336LEK-BMK<br>CIVIL NO. 13-00685LEK-BMK<br>CIVIL NO. 14-00218LEK-BMK<br>[Consolidated] |
| CASE NAME: | Denise Howerton, Individually and on Behalf of All Others Similarly Situated, et al. Vs. Cargill, Inc.<br>Erin Calderon, individually and on behalf of all others similarly situated Vs. Cargill, Inc, et al.<br>Molly Martin, on behalf of themselves and others similarly situated, et al. Vs. Cargill, Incorporated |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 09/11/2014 | TIME: | |

COURT ACTION: EO:  Counsel's Letter dated September 11, 2014 re Motion for Attorney Fees.

The Court is in receipt of the letter dated September 11, 2014 from counsel for Plaintiffs in the above-referenced action.  Counsel seek expedited response to their request for guidance in filing their Motion for Approval of Attorneys' Fee Award, Expense Reimbursement, and Incentive Awards ("Fee Motion").   It is apparent that counsel requests expedited response from the Court because the Fee Motion is due tomorrow.  The Court is puzzled as to why this request appears to be made at the eleventh hour, and why counsel believes this Court should drop all other matters to respond to their request.

It is also apparent that counsel may not have yet reviewed Local Rule 54.3.  It is highly recommended that they do so before filing the Fee Motion.  Counsel  may wish to pay particular attention to LR54.3(b), (d)(1)-(3).  Notwithstanding counsel's citation of their "normal practice" and reference to recent attorneys' fees awarded in courts outside of the District of Hawai'i, this Court notes that failure to follow the District of Hawai`i's local rules may result in the blanket denial of any fee motion.

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager