# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 13-00336LEK-BMK<br>CIVIL NO. 13-00685LEK-BMK<br>CIVIL NO. 14-00218LEK-BMK<br>[Consolidated] |
| CASE NAME: | Denise Howerton, individually and on behalf of all others similarly situated Vs. Cargill, Inc.<br>Erin Calderon, individually and on behalf of all others similarly situated Vs. Cargill, Inc.<br>Molly Martin, on behalf of themselves and others similarly situated, et al. Vs. Cargill, Inc. |
| ATTYS FOR PLA: | (CIVIL NO. 13-00336LEK-BMK)<br>Lawrence W. Cohn<br>Erin Green Comite<br>Joseph P. Guglielmo<br>Stephen M. Tannenbaum (consol plaintiff)<br>Melissa W. Wolchansky (consol plaintiff)<br>Michael R. Reese (consol plaintiff)<br><br>(CIVIL NO. 13-00685LEK-BMK)<br><br>(CIVIL NO,. 14-00218LEK-BMK)<br>Michael R. Reese<br>Melissa W. Wolchansky<br>Stephen M. Tannenbaum<br>Erin G. Comite (Intervenor)<br>Joseph P. Guglielmo (Intervenor) |

ATTYS FOR DEFT:   (CIVIL NO. 13-00336LEK-BMK)
Peter W. Olson
Stephen P. Safranski
Kate E. Jaycox

Greg L. Davis
E. Kirk Wood

(CIVIL NO. 13-00685LEK-BMK)
Peter W. Olson

(CIVIL NO,. 14-00218LEK-BMK)
Kate E. Jaycox
Stephen P. Safranski

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Cynthia Ott |
| DATE: | 10/27/2014 | TIME: | 9:45-9:55 |

COURT ACTION:  EP: [100] Motion for Final Approval of Class Action Settlement and Request for Entry of Final Judgment.

Melissa W. Wolchansky participated by phone.

No objections by any objector or by any representative of the objector made.

[100] Motion for Final Approval of Class Action Settlement and Request for Entry of Final Judgment is Granted and terminated.  Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager