BRADLEY D. SALTER - HI BAR # 5495
24 MALIALANI PLACE
LAHAINA, HI 96761
Phone: (808) 298-7873
Fax:    (808) 669-0800
Email:  brad@Salterlaw.com

*Counsel for Objector*
Ross Muller

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE HOWERTON, ERIN CALDERON, and RUTH PASARELL, Individually and on Behalf of All Others Similarly Situated,<br>　　　　　Plaintiffs,<br>vs.<br>CARGILL, INC.,<br>　　　　　Defendant. | Civil No. 1:13-cv-00336 LEK-BMK<br><br>**NOTICE OF APPEAL BY OBJECTOR ROSS MULLER** |
| MOLLY MARTIN and LAUREN BARRY, on behalf of themselves and others similarly situated,<br>　　　　　Plaintiffs,<br>vs.<br>CARGILL, INC.,<br>　　　　　Defendant. | Civil No. 1:14-cv-00218-LEK-BMK<br><br>**The Honorable Leslie E. Kobayashi** |

1

**NOTICE OF APPEAL BY OBJECTOR ROSS MULLER in DENISE HOWERTON,** *et al.,* **v. CARGILL, INC., Case No. 1:13-cv-00336 LEK-BMK; MOLLY MARTIN,** *et al.,* **v. CARGILL, INC., 1:14-cv-00218-LEK-BMK**

# NOTICE OF APPEAL

Notice is hereby given that Objector/Appellant Ross Muller, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the following order of the United States District Court for the District of Hawaii:

1. Order Granting Plaintiff's Motion for Final Approval of Class Action Settlement and Request for Entry of Final Judgment; And Motion for Approval of Attorneys' Fee Award, Expense Reimbursement, and Incentive Awards [121] entered November 26, 2014 attached as Exhibit 1.

Respectfully submitted,

Dated:	12-1–14	**Brad Salter**

	*/s/ Brad Salter*

	By _____
	Brad Salter
	Attorneys for Objector
	Ross Muller

2

# FED. R. APP.P. 12(b) AND CIRCUIT RULE 3-2. REPRESENTATION STATEMENT

## Counsel for Appellant ROSS MULLER:

Brad Salter (Hawaii Bar No. ###)
Address
Tel: ##
Fax: ##

## District Court Judge:

Honorable Judge Leslie Kobayashi
USDC Hawaii
300 Ala Moana BLVD C-338
Honolulu, HI 96850
808-541-1300

## Counsel for Plaintiffs/Appellees:

**Christopher M. Burke**
Scott & Scott, LLP
600 B Street, Suite 1500
San Diego, CA 92101
(619) 233-4565
Email: cburke@scott-scott.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**E. Kirksey Wood , Jr.**
Wood Law Firm, LLC
P.O. Box 382434
Birmingham, AL 35238-2434
(205) 612-0243
Fax: (866)747-3905

3

**NOTICE OF APPEAL BY OBJECTOR ROSS MULLER in DENISE HOWERTON,** *et al.,* **v. CARGILL, INC., Case No. 1:13-cv-00336 LEK-BMK; MOLLY MARTIN,** *et al.,* **v. CARGILL, INC., 1:14-cv-00218-LEK-BMK**

Email: ekirkwood1@bellsouth.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin Green Comite**
Scott Scott, Attorneys at Law, LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
(860) 537-5537
Fax: (860) 537-4432
Email: ecomite@scott-scott.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Guglielmo**
Scott Scott, Attorneys at Law, LLP
The Chrysler Building
405 Lexington Ave., 40th Floor
New York, NY 10174
(212) 223-6444
Fax: (212) 223-6334
Email: jguglielmo@scott-scott.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence W. Cohn**
75-109 Lolo Lane
Kailua-Kona, HI 96740
808-324-1611
Email: elcohnhead@hawaii.rr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**NOTICE OF APPEAL BY OBJECTOR ROSS MULLER in DENISE HOWERTON, *et al.*, v. CARGILL, INC., Case No. 1:13-cv-00336 LEK-BMK; MOLLY MARTIN, *et al.*, v. CARGILL, INC., 1:14-cv-00218-LEK-BMK**

**Melissa W. Wolchansky**
Halunen & Associates
1650 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
612-605-4098
Fax: 612-605-4099
Email: wolchansky@halunenlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Clayton D Halunen**
Halunen & Associates
1650 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 605-4098
Fax: (612) 605-4099
Email: halunen@halunenlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James J. Bickerton**
Bickerton Lee Dang & Sullivan
Fort St Tower
745 Fort St Ste 801
Honolulu, HI 96813
599-3811
Email: bickerton@bsds.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kim E. Richman**
Reese Richman LLP
875 Avenue of Americas 1808
New York, NY 10001
212-643-0500

5

**NOTICE OF APPEAL BY OBJECTOR ROSS MULLER in DENISE HOWERTON,** *et al.,* **v. CARGILL, INC., Case No. 1:13-cv-00336 LEK-BMK; MOLLY MARTIN,** *et al.,* **v. CARGILL, INC., 1:14-cv-00218-LEK-BMK**

Fax: (212) 253-4272
Email: krichman@reeserichman.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael R Reese**
Reese Richman LLP
875 Avenue of Americas 1808
New York, NY 10001
212-643-0500
Fax: (212) 253-4272
Email: mreese@reeserichman.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

## Counsel for Cargill, Inc./Appellee:

**Christopher W. Madel**
Robins Kaplan Miller & Ciresi LLP
2800 LaSalle Plaza, 800 La Salle Avenue
Minneapolis, MN 55402
612-349-8703
Email: cwmadel@rkmc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jan M. Conlin**
Robins Kaplan Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Ave.
Minneapolis, MN 55402
612-349-8218
Email: jmconlin@rkmc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

6

**NOTICE OF APPEAL BY OBJECTOR ROSS MULLER in DENISE HOWERTON,** *et al.,* **v. CARGILL, INC., Case No. 1:13-cv-00336 LEK-BMK; MOLLY MARTIN,** *et al.,* **v. CARGILL, INC., 1:14-cv-00218-LEK-BMK**

**Kate E. Jaycox**
Robins Kaplan Miller & Ciresii LLP
800 LaSalle Ave.
2800 La Salle Plaza
Minneapolis, MN 55402
612-349-8500
Email: kejaycox@rkmc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter W. Olson**
Cades Schutte
1000 Bishop St 12th Flr
Honolulu, HI 96813-4216
521-9200
Email: polson@cades.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen P. Safranski**
Robins Kapan Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Ave.
Minneapolis, MN 55402
612-349-8500
Email: spsafranski@rkmc.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

7

**NOTICE OF APPEAL BY OBJECTOR ROSS MULLER in DENISE HOWERTON, *et al.*, v. CARGILL, INC., Case No. 1:13-cv-00336 LEK-BMK; MOLLY MARTIN, *et al.,* v. CARGILL, INC., 1:14-cv-00218-LEK-BMK**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on the December 1, 2014 and served by the same means on all counsel of record.

/s/ Brad Salter
Brad Salter

**NOTICE OF APPEAL BY OBJECTOR ROSS MULLER in DENISE HOWERTON,** *et al.,* **v. CARGILL, INC., Case No. 1:13-cv-00336 LEK-BMK; MOLLY MARTIN,** *et al.,* **v. CARGILL, INC., 1:14-cv-00218-LEK-BMK**