IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| DENISE HOWERTON, ERIN CALDERON, and RUTH PASARELL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CARGILL, INC.,<br><br>Defendant. | Civil No. 1:13-cv-00336 LEK-BMK |
| MOLLY MARTIN and LAUREN BARRY, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CARGILL, INC.,<br><br>Defendant. | Civil No. 1:14-cv-00218-LEK-BMK<br><br><br><br>Judge: Hon. Leslie E. Kobayashi |

### NOTICE OF APPEAL

Notice is hereby given that Paul N. Palmer, Objector, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement and Request for Entry of Final Judgment; and Motion for Approval of Attorneys' Fee Award, Expense Reimbursement, and Incentive Awards (Docket No. 121) entered in this action on November 26, 2014, and Amended Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement and Request for

1

Entry of Final Judgment; and Motion for Approval of Attorneys' Fee Award, Expense Reimbursement, and Incentive Awards (Docket No. 123) entered in this action on December 2, 2014.

Dated: December 4, 2014

By: _____
Paul N. Palmer
301 7th Street
Nocona, TX 76255
(940) 235-7151

### CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2014, a copy of the above Notice of Appeal was served by U.S. Mail, postage prepaid, upon the following counsel:

**Class Counsel**
Melissa W. Wolchansky
Halunen & Associates
80 South 8th Street, Suite 1650
Minneapolis, MN 55402

Joseph P. Guglielmo
Scott+Scott Attorneys at Law LLP
405 Lexington Avenue, 40th Floor
New York, NY 10174

**Defense Counsel**
Jan M. Conlin
Robins, Kaplan, Miller & Ciresi, L.L.P.
2800 LaSalle Plaza, Ste. 800
Minneapolis, MN 55402

_____
Paul N. Palmer