IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENISE HOWERTON, ERIN CALDERON, and RUTH PASARELL, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CARGILL, INC.,<br><br>　　　　　Defendant. | Civil No. 13-00336 LEK-BMK<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF FINAL ACCOUNTING OF SETTLEMENT PROCEEDS AND DISTRIBUTION OF RESIDUAL FUNDS TO *CY PRES* BENEFICIARIES** |
| MOLLY MARTIN and LAUREN BARRY, on behalf of themselves and others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CARGILL, INC.,<br><br>　　　　　Defendant. | Civil No. 14-cv-00218-LEK-BMK |

　　　　Plaintiffs have moved this Court for an Order Approving (1) Final Accounting of Settlement Proceeds; and (2) Distribution of Residual Funds to *Cy Pres* Beneficiaries. After due consideration of the briefs and arguments of counsel and all other matters presented to the Court in connection with the Motion, and good cause appearing therefore;

　　　　The Court hereby GRANTS the Motion. The final accounting of the distribution of the Settlement Fund to Class Members is approved. The Court further orders that, pursuant to the Settlement Agreement dated June 18, 2014 (ECF No. 92-3) that was finally approved by this Court on December 8, 2014

(ECF No. 128), the undistributed balance of the Settlement Fund in the amount of $203,305.61 be distributed promptly to (i) Consumer Federation of America and (ii) National Consumer Law Center, the *cy pres* beneficiaries designated by the parties, in equal shares.

Dated: at Honolulu, Hawaii, October 8, 2015.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

Submitted by:

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

*/s/ Joseph P. Guglielmo*
JOSEPH P. GUGLIELMO
The Chrysler Building
405 Lexington Ave., 40th Floor
New York, New York 10174
Tel: (212) 223-6444
Fax: (212) 223-6334
email: jguglielmo@scott-scott.com